UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY M. BARTLETT,

                Plaintiff,

-against-

TRIBECA LENDING CORP.; FRANKLIN MORTGAGE ASSET TRUST 2009-A,

                Defendants.

21-CV-3564 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued June 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the January 29, 2016 order in *Bartlett v. Tribeca Lending Corp.*, ECF 1:15-CV-6102, 11 (S.D.N.Y. Jan. 29, 2016), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 1, 2021
         New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge